**Motion Denied as Moot and Order filed December 1, 2016**



In The

# Fourteenth Court of Appeals

_____

NO. 14-16-00236-CV

_____

## IN THE INTEREST OF M.S.G., A CHILD

**On Appeal from the 245th District Court
Harris County, Texas
Trial Court Cause No. 2014-72168**

## ORDER

This case is scheduled to be submitted on the briefs on December 21, 2016. On November 8, 2016, appellant Meagan Nicole Wiler filed a motion for a one-day extension to file her reply brief. The reply brief has not been filed.

Because the date requested by the motion for extension has passed and the reply brief has not been filed, the motion is denied as moot. However, the court will consider a reply brief that is filed by **December 12, 2016**.

PER CURIAM